1  Duke F. Wahlquist (State Bar No. 117722)
   dwahlquist@rutan.com
2  RUTAN & TUCKER, LLP
   611 Anton Boulevard, Suite 1400
3  Costa Mesa, California 92626-1931
   Telephone:  714-641-5100
4  Facsimile:   714-546-9035

5  *Attorneys for Plaintiffs*
   *Impac Mortgage Holdings, Inc.,*
6  *Impac Funding Corporation, Impac*
   *Secured Assets Corp., IMH Assets Corp.,*
7  *Richard J. Johnson, and Joseph R.*
   *Tomkinson*
8
   *Additional Counsel Listed on Signature Pages*
9

10

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| IMPAC MORTGAGE HOLDINGS, INC., IMPAC FUNDING CORPORATION, IMPAC SECURED ASSETS CORP., IMH ASSETS CORP., RICHARD J. JOHNSON, and JOSEPH R. TOMKINSON,<br><br>Plaintiffs,<br><br>v.<br><br>HOUSTON CASUALTY COMPANY and THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE NOS. SUA12325 AND SUA12084,<br><br>Defendants. | Case No.:  8:11-CV-01845 JST (JCGx)<br><br>[Judge Josephine Staton Tucker]<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDER**<br><br>PRE-TRIAL CONF.:  4/1/2013<br>TRIAL DATE:         4/16/2013 |

RE: PROTECTIVE ORDER

20042823V1

1  Having reviewed the Stipulated and Proposed Protective Order filed
2  herewith, and good cause appearing for the adoption thereof,
3  IT IS HEREBY ORDERED that the terms of the revised Stipulated
4  Protective Order are adopted by this Court in their entirety.

7  Dated: July 26, 2012

   _____
   UNITED STATES MAGISTRATE JUDGE