1  Duke F. Wahlquist (State Bar No. 117722)
   dwahlquist@rutan.com
2  RUTAN & TUCKER, LLP
   611 Anton Boulevard, Suite 1400
3  Costa Mesa, California 92626-1931
   Telephone:  714-641-5100
4  Facsimile:  714-546-9035

5  *Attorneys for Plaintiffs*
   *Impac Mortgage Holdings, Inc.,*
6  *Impac Funding Corporation, Impac*
   *Secured Assets Corp., IMH Assets Corp.,*
7  *Richard J. Johnson, and Joseph R.*
   *Tomkinson*
8
   *Additional Counsel Listed on Signature Pages*
9

10

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13

14 | IMPAC MORTGAGE HOLDINGS, INC., IMPAC FUNDING CORPORATION, IMPAC SECURED ASSETS CORP., IMH ASSETS CORP., RICHARD J. JOHNSON, and JOSEPH R. TOMKINSON, | Case No.: 8:11-CV-01845 JST (JCGx) |
|---|---|
| Plaintiffs, | [Judge Josephine Staton Tucker] |
| v. | **ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |
| HOUSTON CASUALTY COMPANY and THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE NOS. SUA12325 AND SUA12084, | PRE-TRIAL CONF.:  4/1/2013<br>TRIAL DATE:  4/16/2013 |
| Defendants. | |

RE: PROTECTIVE ORDER

20042823V1

Having reviewed the Stipulated and Proposed Protective Order filed herewith, and good cause appearing for the adoption thereof,

IT IS HEREBY ORDERED that the terms of the revised Stipulated Protective Order are adopted by this Court in their entirety.

Dated: July 26, 2012

_____
UNITED STATES MAGISTRATE JUDGE

[PROPOSED ORDER] RE: PROTECTIVE ORDER

20042823V1