1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10

11  IMPAC MORTGAGE HOLDINGS,          Case No.:  8:11-CV-01845 JLS  (JCGx)
    INC., IMPAC FUNDING
    CORPORATION, IMPAC SECURED        [Judge Josephine L. Staton]
12  ASSETS CORP., IMH ASSETS CORP.,
    RICHARD J. JOHNSON, and JOSEPH
13  R. TOMKINSON,                     **JUDGMENT**

14                Plaintiffs,

15          v.

16  HOUSTON CASUALTY COMPANY
    and THOSE CERTAIN
17  UNDERWRITERS AT LLOYD'S,
    LONDON SUBSCRIBING TO
18  CERTIFICATE NOS. SUA12325 AND
    SUA12084,
19
20                Defendants.

21

22        The Court, having previously issued an Order concerning Plaintiffs' Motion

23  for Partial Summary Judgment and defendant Houston Casualty Company's Motion

24  for Partial Summary Judgment (Dkt. 162), and having considered the Stipulation Re

25  Dismissal Of Certain Of The Claims Alleged In Plaintiffs' Supplemental First

26  Amended Complaint, which Order and Stipulation are expressly incorporated by

27  reference herein and made a part of this Judgment, now enters Final Judgment

28  concerning the causes of action asserted in Plaintiffs' Supplemental First Amended

1  Complaint (Dkt. 183).

2  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

3  1.  With respect to the First Cause of Action in the Supplemental First

4  Amended Complaint:

5  a.  Plaintiffs' claims as to Defendant Those Certain Underwriters at

6  Lloyd's, London Subscribing To Certificate No. SUA12325 are dismissed with

7  prejudice**.**

8  b.  Plaintiffs' claims as to Defendant Houston Casualty Company are

9  dismissed without prejudice**.**

10  2.  With respect to the Second Cause of Action in the Supplemental First

11  Amended Complaint:

12  a.  Plaintiffs' claims as to Defendant Those Certain Underwriters at

13  Lloyd's, London Subscribing To Certificate No. SUA12325 are dismissed with

14  prejudice**.**

15  b.  Judgment is entered in favor of Houston Casualty Company as to

16  the claims asserted against Defendant Houston Casualty Company.

17  3.  With respect to the Third Cause of Action in the Supplemental First

18  Amended Complaint:

19  a.  Plaintiffs' claims as to Defendant Those Certain Underwriters at

20  Lloyd's, London Subscribing To Certificate Nos. SUA12325 and SUA12084 are

21  dismissed with prejudice**.**

22  b.  Judgment is entered in favor of Houston Casualty Company as to

23  the claims asserted against Houston Casualty Company.

24  4.  With respect to the Fourth Cause of Action in the Supplemental First

25  Amended Complaint, Judgment is entered in favor of defendant Houston Casualty

26  Company and against all Plaintiffs and Plaintiffs shall take nothing under this Cause

27  of Action.

28  5.  With respect to the Fifth Cause of Action in the Supplemental First

1  Amended Complaint, Plaintiffs' claims against Those Certain Underwriters at
2  Lloyd's London Subscribing to Certificate Nos. SUA12325 and SUA12084 are
3  dismissed with prejudice.

4         6.     Defendant Houston Casualty Company shall recover its costs of suit
5  against Plaintiffs.

8  Dated:  December 18, 2013

_____
Hon. Josephine L. Staton
United States District Court Judge

LLSU/1076326/16497179v.1